*This case was not selected for publication in the Federal Reporter*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ignacio SANCHEZ–MONTANO, also known as Carlos Sosa, Defendant–Appellant.**

No. 06–50696
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 6, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Ignacio Sanchez–Montano raises arguments that are foreclosed by *Almenda-*

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*rez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

*This case was not selected for publication in the Federal Reporter*

the limited circumstances set forth in 5TH CIR. R. 47.5.4.